UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
MARTA HANYZKIEWICZ, on behalf of herself and all others similarly situated

                         Plaintiff,

-v.-

STUDIO FOUR NYC, LLC

                         Defendant.
------------------------------------------------------------------------x

Civil Action No:
1:22-cv-7274

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel as to Plaintiff and the Defendant in the above-captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** February 28, 2023

| For Plaintiff Marta Hanyzkiewicz | For Defendant Studio Four NYC, LLC |
|---|---|
| /s/ Mark Rozenberg<br>Mark Rozenberg<br>Stein Saks, PLLC<br>One University Plaza<br>Hackensack, NJ 07601<br>Ph: (201) 282-6500<br>mrozenberg@steinsakslegal.com | /s/ Gary Neal Smith<br>Gary Neal Smith<br>Schnader Harrison Segal & Lewis LLP<br>140 Broadway<br>New York, NY 10005<br>Ph: (212) 973-8000<br>Gsmith@schnader.com |

1

**So Ordered.**
s/Nicholas G. Garaufis
_____
**Hon. Nicholas G. Garaufis**
**Date:** 2/28/23